UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                     CHAPTER 13
SUSAN M. DOOM
HUGH A. DOOM                          CASE NO.  10-72489

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    Chase Home Finance LLC          **Court claim #: 14**

**Last four digits** of any number used to identify the debtor's account: 6107

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $5,792.92 (Per Creditor's Proof of Claim) |
| | +  150.00  (Per allowed Cost of Collection) |
| Total | $6,122.92 |
| | |
| Amount Paid by Trustee | $6,122.92 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐   Thru the Chapter 13 Plan | ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   10/29/2014                  /s/Lydia S. Meyer
                                                Lydia S. Meyer, Trustee
                                                308 W. State St., Suite 212
                                                Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 29th Day of October, 2014.

Dated:   10/29/2014                  /s/Cynthia K. Burnard

CHASE HOME FINANCE LLC
3415 VISION DRIVE
MAIL CODE OH-7119
COLUMBUS, OH 43219

CHASE MORTGAGE
10790 RANCHO BERNARDO
SAN DIEGO, CA   92127

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

SUSAN M. DOOM
HUGH A. DOOM
1120 CHERRY STREET
LAKE IN THE HILLS, IL  60156

ATTORNEY ROXANNA M. HIPPLE
KUMOR & HIPPLE, PC
303 WEST MAIN STREET
WEST DUNDEE, IL  60118